**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ROBERT M. VONSON,             : No. 442 MAL 2014
:
          Petitioner       :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
    v.                   :
:
:
:
JOHN J. MARTIN, KIMBERLY D.    :
MARTIN, JANINE EDWARDS & LAW   :
OFFICES OF MARTIN & EDWARDS,   :
:
        Respondents     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 5th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.